Christopher A. Wright, ABA #1301001
Watt Tieder Hoffar & Fitzgerald, LLP
1215 Fourth Avenue, Suite 2210
Seattle, Washington 98161

P:   206-204-5800
F:   206-204-0284
E:   cwright@wthf.com

*Attorneys for Defendant CH2M Hill Alaska, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ANCHORAGE, a municipal corporation, | No. 3:13-cv-00063-RRB |
| Plaintiff, | CH2M HILL ALASKA, INC.'S CONSENT TO REMOVAL |
| v. | |
| INTEGRATED CONCEPTS AND RESEARCH CORPORATION; PND ENGINEERS, INC.; and CH2M HILL ALASKA, INC., | |
| Defendants. | |

Defendant CH2M HILL ALASKA, INC. formerly known as VECO Alaska, Inc., by and through its undersigned counsel of record, hereby consents to the removal of the above-captioned matter from the Superior Court, Third Judicial District, at Anchorage, to the U.S. District Court for the State of Alaska.

DATED: April 10, 2013.

WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.

By: _____
Christopher A. Wright, ABA #1301001
Attorneys for Defendant CH2M Hill Alaska, Inc.

CONSENT TO REMOVAL - 1

**Watt, Tieder, Hoffar & Fitzgerald, L.L.P.**
1215 Fourth Avenue, Suite 2210
Seattle, Washington 98161-1016
206-204-5800/206-204-0284 fax

Case 3:13-cv-00063-SLG   Document 1   Filed 04/10/13   Page 1 of 1