<pre style="white-space: pre-wrap">BIRCH HORTON BITTNER & CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA  99501-3301
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680</pre>

Max D. Garner, ABA #9011096
David Karl Gross, ABA #9611065
Adam W. Cook, ABA #0611071
Birch Horton Bittner & Cherot
1127 W. Seventh Avenue
Anchorage, AK  99501
Telephone:   907.276.1550
Facsimile:    907.276.3680

Ray B. Biagini (pro hac vice)
Kurt J. Hamrock (pro hac vice)
Covington & Burling LLP
850--10th Street, N.W.
Washington, DC  20001-4956
Telephone: 202.662.6000
Facsimile: 202.662.6291

Attorneys for Defendant ICRC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MUNICIPALITY OF ANCHORAGE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> INTEGRATED CONCEPTS AND ) <br> RESEARCH CORPORATION; PND ) <br> ENGINEERS, INC.; CH2M HILL ALASKA, ) <br> INC.; and GEOENGINEERS, INC., ) <br> ) <br> Defendants. ) | Case No.: 3:13-cv-00063-SLG |
| CH2M HILL ALASKA, INC., ) <br> ) <br> Third-Party Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TERRACON CONSULTANTS, INC., ) <br> ) <br> Third-Party Defendant. ) | |

<pre style="white-space: pre-wrap">MOA V. ICRC, ET AL.                                     CASE NO. 3:13-CV-00063-SLG
ICRC'S NOTICE OF SETTLEMENT                                          PAGE 1 OF 3
101671\1P\00584539</pre>

<pre style="white-space: pre-wrap">Case 3:13-cv-00063-SLG   Document 515   Filed 01/26/17   Page 1 of 3</pre>

| | |
|---|---|
| PND ENGINEERS, INC., | ) |
|       Third-Party Plaintiff, | ) ) ) |
|       vs. | ) ) |
| COLASKA, INC. and MKB CONSTRUCTORS, INC., | ) ) ) |
|       Third-Party Defendants. | ) ) ) |

## ICRC'S NOTICE OF SETTLEMENT

Integrated Concepts and Research Corporation ("ICRC") gives notice that it has entered into a settlement agreement with the Municipality of Anchorage resolving all claims pending against ICRC in this matter. While a stipulation for dismissal will be filed shortly, in the interim ICRC withdraws from all motions that it has filed or joined that are now pending before the Court.

This settlement does not impact claims pending against the parties still remaining in the case.

DATED this 26th day of January, 2017.

                      BIRCH HORTON BITTNER & CHEROT
                      Attorneys for Defendant ICRC

                      By:   /s/ Max D. Garner
                            Max D. Garner, ABA #9011096
                            1127 West Seventh Avenue
                            Anchorage, AK 99501
                            Telephone:   907.276.1550
                            Facsimile:   907.276.3680
                            Email:         mgarner@bhb.com

BIRCH HORTON BITTNER & CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3301
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

MOA V. ICRC, ET AL.                                                                  CASE NO. 3:13-CV-00063-SLG
ICRC'S NOTICE OF SETTLEMENT                                             PAGE 2 OF 3
101671\1P\00584539
Case 3:13-cv-00063-SLG    Document 515    Filed 01/26/17    Page 2 of 3

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 26th day of January, 2017, a true and correct copy of the foregoing was served on the following via electronic mail delivery:

Mr. Robert P. Owens
Assistant Municipal Attorney
uslit@muni.org

Mr. William F. Cronin
Mr. Todd T. Williams
Mr. Paul R. Raskin
Corr Cronin Michelson
  Baumgardner & Preece LLP
wcronin@corrcronin.com
twilliams@corrcronin.com
praskin@corrcronin.com

Mr. Bennett D. Greenberg
Mr. Donald G. Featherstun
Mr. Jason N. Smith
Mr. Daniel D. Wierzba
Mr. Edward V. Arnold
Seyfarth Shaw LLP
bgreenberg@seyfarth.com
dfeatherstun@seyfarth.com
jnsmith@seyfarth.com
dwierzba@seyfarth.com
earnold@seyfarth.com

Mr. Bruce E. Davison
Davison & Davison Inc.
davison@gci.net

Mr. Jason M. Kettrick
Mr. Elliot C. Copehaver
Ms. Natalya P. Maze
Mr. S. Jay Terry
Carney Badley Spellman, PS
kettrick@carneylaw.com
copenhaver@carneylaw.com
maze@carneylaw.com
terry@carneylaw.com

Mr. Ray B. Biagini
Mr. Kurt J. Hamrock
Covington & Burling LLP
rbiagini@cov.com
khamrock@cov.com

Ms. Lisa Marchese
Mr. James E. Howard
Davis Wright Tremaine LLP
lisamarchese@dwt.com
jimhoward@dwt.com

Mr. Terence J. Scanlan
Ms. Lindsey M. Pflugrath
Ms. Patricia Robert
Skellenger Bender PS
tscanlan@skellengerbender.com
lpflugrath@skellengerbender.com
probert@skellengerbender.com

Mr. Thomas R. Buchanan
Mr. Jason L. Buchanan
Ms. Linda C. McFee
McDowell, Rice, Smith Buchanan
tbuchanan@mcdowellrice.com
jb@mcdowellrice.com
lmcfee@mcdowellrice.com

Mr. Brewster H. Jamieson
Mr. Peter Partnow
Mr. Michael Baylous
Lane Powell, LLC
jamiesonb@lanepowell.com
partnowp@lanepowell.com
baylousm@lanepowell.com

Mr. Christopher A. Wright
Watt Tieder Hoffar & Fitzgerald, LLP
cwright@wthf.com

Mr. Michael C. Geraghty
Mr. Sam E. Baker
Oles Morrison Rinker Baker, LLP
geraghty@oles.com
baker@oles.com

BIRCH HORTON BITTNER & CHEROT

By: /s/ Max D. Garner

BIRCH HORTON BITTNER & CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3301
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680