Terence J. Scanlan, ABA #1103012
Patricia A. Robert, *Pro hac Vice*
SKELLENGER BENDER, P.S.
1301 – 5th Avenue, Ste. 3401
Seattle, WA 98101-2605
Telephone: 206-623-6501
Facsimile: 206-447-1973
Attorneys for Defendant GeoEngineers

IN THE UNITED STATES DISTRICT COURT

AT ANCHORAGE

| | |
|---|---|
| MUNICIPALITY OF ANCHORAGE, | NO. 3:13-cv-00063-SLG |
| Plaintiff, | |
| v. | GEOENGINEERS' NOTICE OF SETTLEMENT |
| INTEGRATED CONCEPTS AND RESEARCH CORPORATION, a corporation; PND ENGINEERS, INC., a corporation; CH2M HILL ALASKA, INC., a corporation; and GEOENGINEERS, INC., a corporation, | |
| Defendants. | |
| CH2M HILL ALASKA, INC., a corporation, | |
| Third Party Plaintiff, | |
| v. | |
| TERRACON CONSULTANTS, INC., a Delaware corporation,, | |
| Third Party Defendant. | |
| PND ENGINEERS, INC., a corporation, | |
| Third Party Plaintiff, | |
| v. | |
| COLASKA, INC., d/b/a Quality Asphalt Pavement or QAP, an Alaskan corporation; and MKB CONSTRUCTORS, a joint venture | |

GEOENGINEERS' NOTICE OF SETTLEMENT – 1

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605

comprised of D.M. Moore Constructors, Inc., Derian, Inc., and R. Scott Constructors, Inc.,

Third Party Defendants.

NOTICE IS HEREBY GIVEN that Defendant GeoEngineers, Inc., has entered into a settlement agreement with Plaintiff Municipality of Anchorage, resolving all pending claims against GeoEngineers in this matter. With the entry of the Order re Summary Judgment (Dkt. 516) entered January 27, 2017, GeoEngineers believes all the outstanding motions which it has either filed or joined have been addressed and adjudicated. In the event GeoEngineers is mistaken in this belief, GeoEngineers withdraws from any pending motion it may have filed or joined.

This settlement does not impact any claims pending against the parties still remaining in this matter.

Dated this 30th day of January, 2017.

                                           s/ Terence J. Scanlan
Terence J. Scanlan, ABA #1103012
Patricia A. Robert, *Pro hac Vice*
SKELLENGER BENDER, P.S.
1301 – 5th Avenue, Ste. 3401
Seattle, WA 98101-2605
Telephone: 206-623-6501
Facsimile: 206-447-1973
Attorneys for Defendant GeoEngineers

GEOENGINEERS' NOTICE OF SETTLEMENT – 2

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605

Case 3:13-cv-00063-SLG   Document 517   Filed 01/30/17   Page 2 of 5
008722-04401  1845277.docx

I hereby certify that on the 30th day of January, 2017, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Counsel for Plaintiff, Municipality of Anchorage
Bennett D. Greenberg
Jason N. Smith
Edward V. Arnold
Seyfarth Shaw LLP
bgreenberg@seyfarth.com
jnsmith@seyfarth.com
earnold@seyfarth.com

Counsel for Plaintiff, Municipality of Anchorage
Daniel P. Wierzba
Seyfarth Shaw LLP
dwierzba@seyfarth.com

Counsel for Plaintiff, Municipality of Anchorage
Donald G. Featherstun
Seyfarth Shaw LLP
dfeatherstun@seyfarth.com

Counsel for Plaintiff, Municipality of Anchorage
Robert P. Owens
Municipality Of Anchorage
OwensRP@ci.anchorage.ak.us

Counsel for Defendant, Integrated Concepts & Research Corp.
Adam W. Cook
David K. Gross
Max D. Garner
Birch Horton Bittner & Cherot, PC
acook@bhb.com
dgross@bhb.com
mgarner@bhb.com

Counsel for Defendant, Integrated Concepts & Research Corp.
Raymond B. Biagini
Kurt J. Hamrock
Covington & Burling, LLP
rbiagini@cov.com
khamrock@cov.com

GEOENGINEERS' NOTICE OF SETTLEMENT – 3

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605

008722-04401 1845277.docx

| | |
|---|---|
| 1 | Counsel for Defendant and Third Party Plaintiff, PND Engineers, Inc. |
| 2 | Lisa M. Marchese |
|   | James E. Howard |
| 3 | Davis Wright Tremaine LLP |
|   | lisamarchese@dwt.com |
| 4 | jimhoward@dwt.com |
| 5 | |
|   | Counsel for Defendant and Third Party, PND Engineers, Inc. |
| 6 | Bruce E. Davison |
|   | Burr Pease & Kurtz |
| 7 | bed@bpk.com |
| 8 | |
|   | Counsel for Defendant and Third Party Plaintiff, CH2M Hill Alaska, Inc. |
| 9 | William F. Cronin |
|   | Todd T. Williams |
| 10 | Corr Cronin Michelson Baumgardner Foss & Moore LLP |
| 11 | |
| 12 | Counsel for Third Party Defendant, Terracon Consultants, Inc. |
|   | Thomas R. Buchanan |
| 13 | Jason L. Buchanan |
|   | Linda C. McFee |
| 14 | McDowell Rice Smith & Buchanan |
|   | TBuchanan@mcdowellrice.com |
| 15 | jb@mcdowellrice.com |
|   | lmcfee@mcdowellrice.com |
| 16 | |
| 17 | Counsel for Third Party Defendant, Terracon Consultants, Inc. |
|   | Brewster H. Jamieson |
| 18 | Lane Powell PC |
|   | JamiesonB@lanepowell.com |
| 19 | |
| 20 | Counsel for Third Party Defendant, MKB Constructors |
|   | Jason M. Kettrick |
| 21 | S. Jay Terry |
|   | Natalya P. Maze |
| 22 | Elliot C. Copenhaver |
|   | Carney Badley Spellman, P.S. |
| 23 | kettrick@carneylaw.com |
|   | terry@carneylaw.com |
| 24 | maze@carneylaw.com |
|   | copenhaver@carneylaw.com |
| 25 | |
|   | Counsel for Third Party Defendant, Colaska, Inc. |
| 26 | Michael C. Geraghty |
|   | Oles Morrison Rinker & Baker LLP |

GEOENGINEERS' NOTICE OF SETTLEMENT – 4

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605

008722-04401  1845277.docx

geraghty@oles.com

Counsel for Third Party Defendant, Colaska, Inc., d/b/a Quality Asphalt Pavement or QAP
Sam E. Baker, Jr.
Oles, Morrison, Rinker & Baker, L.L.P.
baker@oles.com

Counsel for Defendant and Third Party Plaintiff, CH2M Hill
Paul R. Raskin
Rafel Law Group PLLC
praskin@corrcronin.com

DATED this 30$^h$ day of January, 2017, at Seattle, Washington.

          s/ Terence J. Scanlan
          Terence J. Scanlan, ABA #1103012
          SKELLENGER BENDER, PS

GEOENGINEERS' NOTICE OF SETTLEMENT – 5

skellenger**bender**

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605

Case 3:13-cv-00063-SLG   Document 517   Filed 01/30/17   Page 5 of 5
008722-04401  1845277.docx